Clarence Lieder, Plaintiff-Appellant, v. Chicago Transit Authority, Defendant-Appellee.

Gen. No. 47,923. 

First District, Second Division.

June 7, 1960.

Meyer W. Rosin and Daniel D. Touhy, of Chicago, for appellant; William J. Lynch, William S. Allen, and Norman J. Barry, of Chicago, for appellee. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.